562 U.S. 953, 131 S. Ct. 261, 178 L. Ed. 2d 252, 2010 U.S. LEXIS 7669.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 374 Fed. Appx. 56.

**No. 10-5231. Dennis Adkins, Petitioner v. Scott Semple, Warden.**

562 U.S. 953, 131 S. Ct. 262, 178 L. Ed. 2d 252, 2010 U.S. LEXIS 7785.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 354 Fed. Appx. 564.

**No. 10-5233. Hares Ajmal Ahmadzai, Petitioner v. United States.**

562 U.S. 953, 131 S. Ct. 262, 178 L. Ed. 2d 252, 2010 U.S. LEXIS 7780,

October 4, 2010. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 871.

**No. 10-5257. David Palacios, Petitioner v. Harold Graham, Superintendent, Auburn Correctional Facility, et al.**

562 U.S. 953, 131 S. Ct. 267, 178 L. Ed. 2d 252, 2010 U.S. LEXIS 7756.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 589 F.3d 556.